UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID JAKUBOWSKI,<br><br>  Plaintiff,<br><br>  v.<br><br>STEPHANIE CLENDENIN, et al.,<br><br>  Defendants. | 1:23-cv-01087-SKO<br><br>**ORDER GRANTING APPLICATION TO PROCEED** *IN FORMA PAUPERIS*<br><br>(Doc. 2) |

Plaintiff David Jakubowski is a civil detainee proceeding *pro se* in a civil rights action pursuant to 42 U.S.C. § 1983. Individuals detained pursuant to California Welfare and Institutions Code § 6600 et seq. are civil detainees and are not prisoners within the meaning of the Prison Litigation Reform Act. *Page v. Torrey*, 201 F.3d 1136, 1140 (9th Cir. 2000).

In the instant action, Plaintiff filed an application to proceed *in forma pauperis*. Examination of these documents reveals that Plaintiff is unable to afford the costs of this action. Accordingly, the motion to proceed *in forma pauperis* is GRANTED.

IT IS SO ORDERED.

Dated:  **July 24, 2023**                    /s/ *Sheila K. Oberto*
                                             UNITED STATES MAGISTRATE JUDGE

1